May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

### JASON BYLSMA & KRISTIN BYSLMA, Appellant

NO. 14-15-00098-CV                            V.

### NATIONSTAR MORTGAGE, LLC, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.